**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X

MAURICIO JOSE GOMEZ CEVALLOS, PAULINO GUZMAN RAMIREZ, ADOLFO RODRIGUEZ, *individually and on behalf of others similarly situated;* RUBEN ANTONIO PAULINO LUNA and DIANA MERINO SOLIS, *individually*,

                    *Plaintiffs*,

    -against-

HILL AND DALE RESTAURANT GROUP LLC (D/B/A HILL AND DALE), ARON WATMAN, WILLIAM WAITE (A.K.A BILLY), RYAN STECKOWSKI, and ARTURO MAXIL,

                    *Defendants.*
---------------------------------------------------------X

Case No. 1:19-cv-7278-VSB

**(PROPOSED) JUDGMENT**

      WHEREAS on or about July 22, 2020, Defendants HILL AND DALE RESTAURANT GROUP LLC (D/B/A HILL AND DALE), ARON WATMAN, WILLIAM WAITE (A.K.A BILLY), RYAN STECKOWSKI, and ARTURO MAXIL extended to Plaintiffs MAURICIO JOSE GOMEZ CEVALLOS, PAULINO GUZMAN RAMIREZ, ADOLFO RODRIGUEZ, RUBEN ANTONIO PAULINO LUNA and DIANA MERINO SOLIS an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of forty thousand dollars and zero cents ($40,000.00), and

      WHEREAS said Plaintiffs accepted said offer on or about July 28, 2020,

      JUDGMENT shall be entered in favor said Plaintiffs against said Defendants in the amount of forty thousand dollars and zero cents ($40,000.00).

Dated: New York, New York

        _____, 2020.

                                                      _____
                                                      VERNON S. BRODERICK, U.S.D.J.