**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

MAURICIO JOSE GOMEZ CEVALLOS, PAULINO GUZMAN RAMIREZ, ADOLFO RODRIGUEZ, *individually and on behalf of others similarly situated;* RUBEN ANTONIO PAULINO LUNA and DIANA MERINO SOLIS, *individually*,

                         *Plaintiffs*,

    -against-

HILL AND DALE RESTAURANT GROUP LLC (D/B/A HILL AND DALE), ARON WATMAN, WILLIAM WAITE (A.K.A BILLY), RYAN STECKOWSKI, and ARTURO MAXIL,

                         *Defendants.*
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/2020

Case No. 1:19-cv-7278-VSB

(~~PROPOSED~~) JUDGMENT

WHEREAS on or about July 22, 2020, Defendants HILL AND DALE RESTAURANT GROUP LLC (D/B/A HILL AND DALE), ARON WATMAN, WILLIAM WAITE (A.K.A BILLY), RYAN STECKOWSKI, and ARTURO MAXIL extended to Plaintiffs MAURICIO JOSE GOMEZ CEVALLOS, PAULINO GUZMAN RAMIREZ, ADOLFO RODRIGUEZ, RUBEN ANTONIO PAULINO LUNA and DIANA MERINO SOLIS an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of forty thousand dollars and zero cents ($40,000.00), and

WHEREAS said Plaintiffs accepted said offer on or about July 28, 2020,

JUDGMENT shall be entered in favor said Plaintiffs against said Defendants in the amount of forty thousand dollars and zero cents ($40,000.00).

Dated: New York, New York

        ___August 6___, 2020.

*[signature: Vernon Broderick]*

Vernon S. Broderick
United States District Judge